## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

IN RE:    RESPONSE TO NOTICE OF FINAL CURE

CASE NO. 12-13322

Debtor:   James R. Hubbard & Maureen T. Hubbard

CHAPTER: 13

### CERTIFICATE OF SERVICE

I do hereby certify that I have this June 24, 2016, served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

JAMES R. HUBBARD
17 KILDARE AVENUE
Joliet, IL. 60433

MAUREEN T. HUBBARD
17 KILDARE AVENUE
Joliet, IL. 60433

GLENN B. STEARNS
801 WARRENVILLE ROAD
Lisle, IL. 60532

PATRICK SEMRAD
20 S CLARK ST Ste. 2800
Chicago, IL 60603

BMO Harris Bank, N.A.

By: _____
Bankruptcy Specialist

PO BOX 2035
MILWAUKEE, WI 53201
(866)280-8434 Option #2

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | ~~James R. Hubbard~~ | | |
| Debtor 2 (Spouse, if filing) | Maureen T. Hubbard | | |
| United States Bankruptcy Court for the: | Northern | District of | Illinois (State) |
| Case number | 12-13322 | | |

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** BMO Harris Bank N.A.

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 6 4 6 0

**Property address:** 17 Kildare Avenue
Number    Street

Joliet    IL    60433
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

■ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 01 / 2016
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ 0

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / _____
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

| Debtor 1 | James R. Hubbard | | | Case number (if known) | 12-13322 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

■ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X *(Signature)*   Date 6 / 24 / 2016

Print: Clifton Morrow
Title: Bankruptcy Specialists
Company: BMO Harris Bank N.A.

If different from the notice address listed on the proof of claim to which this response applies:

Address: PO BOX 2035
Milwaukee, WI 53201

Contact phone: 866 280 8434
Email: bankruptcy@bmo.com

Form 4100R          Response to Notice of Final Cure Payment          page 2